**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**RICHARD KEARNEY,**

                      **Plaintiff,**              **9:15-cv-824
                                                               (GLS/CFH)**

               v.

**DR. ADAMS et al.,**

                        **Defendants.**
_____

**APPEARANCES:**                       **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Richard Kearney
Pro Se
03-A-4948
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

**FOR THE DEFENDANT:**
HON. ERIC T. SCHNEIDERMAN    JOHN F. MOORE
New York Attorney General          Assistant Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

**Gary L. Sharpe
Senior District Judge**

## ORDER

      On February 8, 2018, Magistrate Judge Christian F. Hummel filed a

Report-Recommendation and Order (R&R), which recommends that

defendants' motion for summary judgment, (Dkt. No. 66), be granted and Kearney's complaint, (Dkt. No. 1), be dismissed. (Dkt. No. 75.) Pending before the court is Kearney's objection to the R&R. (Dkt. No. 76.)

Only one set of Kearney's arguments is arguably a specific objection that triggers *de novo* review. *See Almonte v. N.Y.S. Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *4-6 (N.D.N.Y. Jan. 18, 2006). Kearney contends that Judge Hummel improperly "resolve[d] genuine disputes of fact in favor of [defendants]," "weigh[ed] the evidence and determine[d] the truth of the matter," "abuse[d] his discretion by ignoring and suppressi[ng] . . . [i]ndisputable evidence [that Kearney] brought forth," and failed to read Kearney's *pro se* pleading with sufficient liberality. (Dkt. No. 76 at 2-3, 4-5.) A review of the R&R shows that none of this is true. Judge Hummel's analysis appropriately applied the correct summary judgment standard, (Dkt. No. 75 at 2, 6-7, 16), avoided making improper credibility assessments, (*id.* at 16-17), considered Kearney's evidence, (*id.* at 2-3, 14-15, 20-21), and applied the correct standard for *pro se* litigants, (Dkt. No. 7-9).[1] Kearney's specific objection thus has no merit.

---

[1] Judge Hummel even "independently review[ed] the record," (Dkt. No. 75 at 9), to try to find proof of a factual dispute, despite not being required to do so. (*Id.* at 8-9.)

2

Kearney's remaining arguments—which comprise the vast majority of his objection—are "general, conclusory, perfunctory, [and] a mere reiteration of . . . argument[s] [already] made," which triggers review only for clear error. *Rahman v. Fischer*, No. 9:10–cv–1496, 2014 WL 688980, at *1 (N.D.N.Y. Feb. 20, 2014) (collecting cases). Having carefully considered the R&R in light of Kearney's objection, the court finds no clear error in Judge Hummel's thorough analysis, which squarely addresses Kearney's arguments and provides multiple, appropriate reasons for granting defendants' motion for summary judgment. (*See generally* Dkt. No. 75.) Accordingly the R&R, (Dkt. No. 75), is adopted in its entirety.

Accordingly, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 75) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion for summary judgment (Dkt. No. 66) is **GRANTED**; and it is further

**ORDERED** that Kearney's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 26, 2018
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge